FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 17 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BEACH ABSTRACT AND
GUARANTY COMPANY                                          PLAINTIFF

VS.                              NO. 4-07-CV-00034 JMM

FEDERAL DEPOSIT INSURANCE
CORPORATION IN ITS CORPORATE
CAPACITY AND AS MANAGER OF THE
FSLIC RESOLUTION FUND; FIRST
WESTERN BANK, BOONEVILLE, ARKANSAS;
FIRST BANK, ST. LOUIS, MISSOURI; FIRST
ARKANSAS BANK AND TRUST, JACKSONVILLE,
ARKANSAS; AND FIRST NATIONAL BANK
OF EASTERN ARKANSAS, FORREST
CITY, ARKANSAS                                            DEFENDANTS

## FINAL JUDGMENT AND ORDER OF DISTRIBUTION

This matter is before the Court on Joint Motion for Distribution of Escrow Account Proceeds filed by the Defendants, Federal Deposit Insurance Corporation in its corporate capacity and as Manager of the FSLIC Resolution Fund (collectively, the "FDIC"); First Western Bank, Booneville, Arkansas ("First Western"); First Bank, St. Louis, Missouri ("First Bank"); First Arkansas Bank and Trust, Jacksonville, Arkansas ("First Arkansas"); and First National Bank of Eastern Arkansas, Forrest City, Arkansas' ("First National"). The Court has considered the Joint Motion and concludes that the proceeds of that certain escrow account created pursuant to those certain Depository Escrow Instructions dated April 24, 1987 (the "Escrow Account"), which proceeds have been deposited into the registry of the Court by Plaintiff Beach Abstract and Guaranty Company, should be distributed as set forth below.

IT IS THEREFORE ORDERED THAT:

1. The Clerk shall distribute the proceeds of the Escrow Account, presently in the registry of the Court, according to the following percentages

| | |
|---|---|
| First Western | 1.33% |
| First Bank | 44.65% |
| First Arkansas | 1.99% |
| First National | 4.99% |
| FDIC | 47.04% |
| **TOTAL** | **100%** |

2. Upon completion of the distribution of the proceeds of the Escrow Account in the foregoing manner, this matter shall be dismissed with each party to bear its own costs and expenses.

SO ORDERED this 17 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

1034576.1

2